IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 13-0027-WS-N |
| HAROLD O. ELLIOTT, JR., | ) |
| Defendant. | ) |

DEFAULT JUDGMENT

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED, ADJUDGED** and **DECREED** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff, SE Property Holdings, LLC, and against defendant, Harold O. Elliott, Jr., in the total amount of **$128,244.79**.

DONE and ORDERED this 7th day of March, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE